UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELVIN CRAFT,

                              Petitioner,

-vs-                                                            Case No.  8:03-cv-1363-T-24EAJ

JAMES V. CROSBY, JR.,

                              Respondent.
_____/

## ORDER

Originally, Petitioner filed a petition for writ of habeas corpus relief pursuant to
28 U.S.C. § 2254 in Case No. 78-147-T-H challenging his 1974 life sentence entered
by the Circuit Court for the Twelfth Judicial Circuit, Sarasota County, Florida.  Petitioner
was represented by counsel.  This Court held an evidentiary hearing and subsequently,
the Court denied the petition.[1]   Petitioner did not appeal the denial of relief to the
United States Court of Appeals for the Eleventh Circuit.

On June 30, 2003, Petitioner filed a second petition for writ of habeas corpus
challenging the same conviction.  The Court cited the April 24, 1996 amendment the
President signed into law placing limits on the filing of second or successive petitions.
The Court pointed out that the amendment provides in pertinent part that before a
second or successive application for habeas corpus relief is filed in the district court,
the applicant shall move in the appropriate court of appeals for an order authorizing the
district court to consider the application.  28 U.S.C. § 2244(b)(3)(A).

_____

[1] A copy of the docket sheet for Case No. 78-147-T-H was sent to the Petitioner on July 3, 2003.

The Court dismissed Petitioner's 2003 petition as a successive petition and directed the Clerk to send Petitioner the Eleventh Circuit's application form for second or successive habeas corpus petitions under 28 U.S.C. § 2244(b).

Nothing in the record indicates that Petitioner has moved in the Eleventh Circuit to file a successive petition.  However, Petitioner has filed documents entitled, "Motion To Vacate Judgment and Conduct a De Novo Hearing" and "Motion for Evidentiary Hearing."

Having considered the documents, the Court orders:

That Petitioner's Motion To Vacate Judgment and Conduct a  De Novo Hearing (Doc. No. 7) and Motion for Evidentiary Hearing (Doc. No. 8) are denied.  The Clerk is directed to send Petitioner a second set of Eleventh Circuit's application forms for second or successive habeas corpus petitions under 28 U.S.C. § 2244(b).

ORDERED in Tampa, Florida, on November 10, 2005.

SUSAN C. BUCKLEW
United States District Judge

Melvin Craft